FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG -1 PM 4:40
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

THE UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 4:16CR150
)
COREY M. BROWN, )
)
    Defendant. )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this 1ST day of August ~~July~~, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA