# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | )<br>) CR416-150 |
| COREY M. BROWN, | )<br>) |
| Defendant. | ) |

## ORDER

The Court is in receipt of defendant's motion to dismiss Counts 48-64, the Money Laundering Counts of the Indictment. Doc. 44. Given that trial is set to begin December 13, 2016, the Clerk of Court is **DIRECTED** to reset the deadline for the Government's response to defendant's motion to December 5, 2016.

**SO ORDERED,** this 29th day of November, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA