IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO.: 4:16-CR-150-1 |
| COREY MEGILL BROWN, | ) |
| Defendant, | ) |
| MASS MUTUAL LIFE INSURANCE CO., | ) |
| Garnishee. | ) |

## ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on September 28, 2017 stating that at the time of the service of the Writ it had in its possession, custody or control, funds in an account belonging to the defendant. According to the Garnishee's Answer, the total sum held in the account is $13,815.41.

The Defendant was properly served with the Writ and notified of his right to a hearing; however the Defendant has chosen not to exercise that right. Moreover, the Defendant has not made any claims for exemption, nor would such a claim succeed in this matter as the funds in the account are non-exempt.

IT IS THEREFORE ORDERED that Garnishee pay the balance held in the account in the approximate amount of $13,815.41, plus any accrued interest or other deposits to Government so the funds may be applied to the Defendant's criminal monetary penalty.

Payments shall be made payable to "Clerk, U.S. District Court" and mail to:

US Clerk of Court
P.O. Box 1130
Augusta, GA 30903

IT IS SO ORDER ENTERED, this 26 day of October, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1